UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSHUA BEJARANO,

Plaintiff,

-against-

BANK OF AMERICA,

Defendant.

26-cv-3884 (GBD)

CIVIL JUDGMENT

For the reasons stated in the July 07, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ George B. Daniels
GEORGE B. DANIELS
United States District Judge